IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEVE STEWARD<br>Defendant. | CASE NO. 1:20-MJ-00105-EPG<br><br>ORDER THAT CASH BOND BE TRANSFERRED TO EASTERN DISTRICT OF TENNESSEE |

On September 24, 2020, Defendant Steve Steward was released on conditions, including a $5,000 cash bond. Plaintiff was also ordered to report to the United States District Court for the Eastern District of Tennessee for further proceedings. On September 25, 2020, this Court transferred relevant documents to the Eastern District of Tennessee. (ECF No. 7). On October 1, 2020, a cash bond of $5,000.00 was posted as to Steve Steward.

Given that Mr. Steward's case is now pending before the Eastern District of Tennessee, the Court orders the Clerk of the Court to transfer the $5,000 cash bond to the Eastern District of Tennessee.

IT IS SO ORDERED.

Dated: **October 2, 2020**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE